## Commonwealth *v.* McCoy, Appellant.

Argued March 23, 1970. *Thomas M. Reese*, for appellant; *John Woodcock, Jr.*, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.